

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

The State of Texas for the Best Interest and Protection of L.A.

No. 06-15-00029-CV

Appeal from the County Court of Hopkins County, Texas (Tr. Ct. No. M15-00051). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find reversible error in the order of the court below. Therefore, we reverse the order for administration of psychoactive medication, effective immediately.

We further order that the appellee, The State of Texas, pay all costs of this appeal.

RENDERED JULY 17, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk